# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

GS Holistic, LLC

v.

GOOGY BABA LLC d/b/a TREEHOUSSE SMOKE & VAPE and GURMEJ SINGH

Case No. 1:23-cv-01263
Hon. Hala Y. Jarbou

TO: GOOGY BABA LLC et. al.
ADDRESS: Registered Agent: GURMEJ SINGH
2032 Parkview Ave,
Kalamazoo, Michigan 49008

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
David L. Perry II
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, FL 33441

CLERK OF COURT



By: Deputy Clerk

December 04, 2023
Date

## PROOF OF SERVICE

This summons for _____GOOGY BABA LLC et. al._____ was received by me on _____.
(name of individual and title, if any)                                                                    (date)

☐ I personally served the summons on the individual at _____
on _____.                                                                                    (place where served)
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                                            (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                      (date)

☐ I served the summons on _____, who is designated by law to accept service
                            (name of individual)
of process on behalf of _____ on _____.
                         (name of organization)                                     (date)

☐ I returned the summons unexecuted because _____.
☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

GS Holistic, LLC

v.

GOOGY BABA LLC d/b/a TREEHOUSSE SMOKE & VAPE and GURMEJ SINGH

Case No. 1:23-cv-01263
Hon. Hala Y. Jarbou

TO: GURMEJ SINGH
ADDRESS: GURMEJ SINGH
2044 West Centre Avenue
Portage, Michigan 49024

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
David L. Perry II
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, FL 33441

CLERK OF COURT

By: Deputy Clerk

December 04, 2023
Date

## PROOF OF SERVICE

This summons for _____GURMEJ SINGH_____ was received by me on _____.
(name of individual and title, if any)                                          (date)

☐ I personally served the summons on the individual at _____
on _____.                                                              (place where served)
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                              (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                         (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                          (name of organization)                    (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____
                                                    Server's signature

Additional information regarding attempted service, etc.:
                                                    Server's printed name and title

                                                    Server's address