IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>GOOGY BABA LLC d/b/a TREEHOUSSE SMOKE & VAPE and GURMEJ SINGH,<br><br>　　　　　　　Defendants. | Case No. 1:23-cv-01263-HY-SJB<br>Hon. Hala Y. Jarbou |

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS

The Plaintiff, GS HOLISTIC, LLC, by and through its attorney, David L. Perry II, makes this request for entry of a default judgment pursuant to Rule 55(b) against Defendants, GOOGY BABA LLC d/b/a TREEHOUSSE SMOKE & VAPE, and GURMEJ SINGH, and in support thereof states as follows:

　　　　1.　　The Plaintiff filed its Complaint against the Defendants on December 1, 2023 [DE 1].

2. On February 13, 2024, a Clerk's Default was entered against the Defendants, GOOGY BABA LLC d/b/a TREEHOUSSE SMOKE & VAPE. [DE 13].

3. On February 20, 2024, a Clerk's Default was entered against the Defendant, GURMEJ SINGH. [DE 15].

4. The Plaintiff thus moves for entry of default judgment pursuant to Fed. R. Civ. P. 55(b).

5. The Plaintiff requests that the Court award the Plaintiff statutory damages of, and hold the Defendants jointly and severally liable for, $150,000 for trademark infringement and counterfeiting of three of the Plaintiff's registered trademarks (3 marks x $50,000 per mark).

6. In support of the motion, Plaintiff submit the following certifications:

> Exhibit A: Declaration of Attorney David L. Perry II, as to docket review and costs expended.
>
> Exhibit B: Declaration of Christopher Folkerts, Chief Executive Officer of GS Holistic, LLC, as to statutory damages.
>
> Exhibit C: Declaration of Christopher Folkerts, Chief Executive Officer of GS Holistic, LLC, as to value of damages

2

Exhibit D: Trademark registration certificates for the Plaintiff's marks.

Exhibit E: Investigation pictures of infringing product

Exhibit F: List of GS Holistic cases awarding at least $50,000 per mark.

7. Plaintiff also submits and relies upon the Brief in Support of Statutory Damages, in the amount of $150,000.00.

WHEREFORE, the Plaintiff requests default judgment against GOOGY BABA LLC d/b/a TREEHOUSSE SMOKE & VAPE, and GURMEJ SINGH, in the amount of $150,000.00.

Respectfully submitted,

*/s/ David L. Perry II*
David L. Perry II
Florida Bar # 1045902
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, Florida 33441-1610
Telephone: 954-570-6757
DPerry@LegalBrains.com
Serv608@LegalBrains.com
Telephone: 561-232-2222
*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 11, 2024, the foregoing document was mailed via Certified USPS to Defendants to the addresses in the Service List.

/s/ David L. Perry II
David L. Perry II

## SERVICE LIST

GOOGY BABA LLC d/b/a TREEHOUSSE SMOKE & VAPE
Registered Agent: GURMEJ SINGH
2032 Parkview Avenue,
Kalamazoo, MI 49008

GURMEJ SINGH
2044 West Centre Avenue,
Portage, MI 49024

THE TICKTIN LAW GROUP
270 SW NATURA AVENUE, DEERFIELD BEACH, FLORIDA 33441
TELEPHONE: (561) 232-2222