UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GS HOLISTIC, LLC,

    Plaintiff,

v.

    Case No. 1:23-cv-1263

    Hon. Hala Y. Jarbou

GOOGY BABA LLC, et al.,

    Defendants.
_____/

## JUDGMENT

In accordance with the opinion entered this date:

**IT IS ORDERED** that Defendants Googy Baba LLC and Gurmej Singh are liable to Plaintiff GS Holistic, LLC in the amount of $16,186.00.

**IT IS FURTHER ORDERED** that Defendants and their agents are enjoined from using Plaintiff's Stündenglass trademarks in a manner likely to cause customer confusion, including: importing, purchasing, selling, displaying, or marketing the counterfeit Stündenglass product identified in the complaint.

**IT IS FURTHER ORDERED** that, under 15 U.S.C. § 1118, Defendants shall deliver to Plaintiff for destruction, or shall themselves destroy, all products, accessories, packaging, or advertising in their possession, custody, or control that bear any Stündenglass trademarks.

Dated: September 30, 2024

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE